The Honorable Barbara J. Rothstein

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL F. JONES and SONIA C. JONES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LONG PAINTING COMPANY, a Washington Corporation,<br><br>Defendant. | Case No. 2:23-cv-01121-BJR<br><br>**ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** |

This matter having come before the Court on Defendant's Motion to Continue Deadline to File Joint Status Report, and the Court having reviewed the motion, and any materials in opposition,

IT IS HEREBY ORDERED THAT the deadline for the parties' submission of the Joint Status Report and Discovery Plan is continued to January 5, 2024.

The Court will issue an amended Order.

DATED this 2nd day of January 2024.

*Barbara J. Rothstein*
Barbara Jacobs Rothstein
U.S. District Court Judge

1

2  *Presented by:*

3

4  */s/ Derek A. Bishop*
   Derek A. Bishop, WSBA #39363

5  debishop@littler.com

6  */s/ J.P. Dowdle*
   J.P. Dowdle, WSBA #55672
7  jpdowdle@littler.com

8
   LITTLER MENDELSON, P.C.
9  One Union Square
   600 University Street, Suite 3200
10 Seattle, WA  98101.3122
   Phone: (206) 623-3300
11 Fax:    (206) 447-6965

12
   Attorneys for Defendant
13 LONG PAINTING COMPANY

14

15

16

17

18

19

20

21

22

23

24

25

26

## CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on December 30, 2023, I electronically filed the foregoing **[PROPOSED] ORDER GRANTING DEFENDANT'S MOTION TO CONTINUE DEADLINE TO FILE JOINT STATUS REPORT** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

| **Attorneys for Plaintiffs**<br><br>Klaus O. Snyder, WSBA #16195<br>SNYDER LAW FIRM LLC<br>15306 Main Street E., Suite B<br>Sumner, WA 98390-2640<br>Phone: (253) 863-2889<br>Email: Klaus.Snyder@sumnerlawcenter.com |
|---|

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the above is true and correct.

Executed on December 29, 2023, at Seattle, Washington.

                                             */s/ Katie Angelikis*
                                             Katie Angelikis
                                             kangelikis@littler.com
                                             **LITTLER MENDELSON, P.C.**

4865-6560-1945.1 / 122990-1001