The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL F. JONES and SONIA C. JONES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LONG PAINTING COMPANY, a Washington Corporation,<br><br>Defendant. | Case No. 2:23-cv-01121-BJR<br><br>**ORDER GRANTING STIPULATED MOTION TO EXTEND DISCOVERY DEADLINE** |

This matter having come before the Court on the parties' Stipulated Motion to Extend Discovery Deadline, and the Court having reviewed the motion,

IT IS HEREBY ORDERED THAT the discovery deadline be extended to July 30, 2024 to allow for the depositions of current and former Long Painting Employees: Alan Langer, Rob Buck, Bill Newcomb, John Fisher, and Denica Bucklin.  The discovery deadline remains July 10, 2024

//
//
//
//

1

for all other purposes. All other case management dates remain the same.

DATED this 10th day of July 2024.

_____
Barbara Jacobs Rothstein
U.S. District Court Judge