The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| MICHAEL F. JONES and SONIA C. JONES, husband and wife,<br><br>Plaintiffs,<br><br>v.<br><br>LONG PAINTING COMPANY, a Washington Corporation,<br><br>Defendant. | Case No. 2:23-cv-01121-BJR<br><br>**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>Without Oral Argument |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A), Plaintiffs MICHAEL F. JONES and SONIA C. JONES ("Plaintiffs"), by and through their attorney, Klaus O. Snyder, SNYDER LAW FIRM, LLC, and Defendant LONG PAINTING COMPANY ("Defendant"), by and through its attorneys, Derek A. Bishop and J.P. Dowdle, LITTLER MENDELSON, P.C., hereby stipulate and request that the Court enter an order dismissing all of the claims and causes of action against Defendant in the above-captioned case with prejudice and without costs or attorneys' fees to either party.

//
//
//
//

STIPULATION AND ORDER OF
DISMISSL WITH PREJUDICE- 1
Case No. 2:23-cv-01121-BJR

LITTLER MENDELSON, P.C.
Attorneys at Law
600 University St.
Suite 3200
Seattle, WA 98101
206.623.3300

1   IT IS SO STIPULATED this 10th day of October, 2024.

2

3  /s/ Klaus O. Snyder                              /s/ Derek A. Bishop
   (via email authorization)                        Derek A. Bishop, WSBA #39363
4  Klaus O. Snyder, WSBA #16195                     debishop@littler.com
   klaus.snyder@sumnerlawcenter.com                 J.P. Dowdle, WSBA #55672
5  SNYDER LAW FIRM, LLC                             jdowdle@littler.com
6  15306 Main Street E, Suite B                     LITTLER MENDELSON, P.C.
   Sumner, WA 98390                                 One Union Square
7  Phone: (253) 863-2889                            600 University Street, Suite 3200
   Fax: (253) 863-1483                              Seattle, WA 98101.3122
8                                                   Phone: 206.623.3300
                                                    Fax:    206.447.6965
9

10 *Attorney for Plaintiffs*                        *Attorneys for Defendant*
   MICHAEL F. JONES and SONIA C. JONES              LONG PAINTING COMPANY

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

STIPULATION AND ORDER OF
DISMISSL WITH PREJUDICE- 2
Case No. 2:23-cv-01121-BJR

LITTLER MENDELSON, P.C.
Attorneys at Law
600 University St.
Suite 3200
Seattle, WA 98101
206.623.3300

**ORDER**

In accordance with the Stipulation filed by the parties, it is hereby:

**ORDERED, ADJUDGED, AND DECREED** that all claims and causes of action asserted in the above-captioned case against Defendant are dismissed with prejudice, and without costs or attorneys' fees to either party.

DATED this 10th day of October, 2024.

*Barbara J. Rothstein*
THE HONORABLE BARBARA J. ROTHSTEIN
UNITED STATES DISTRICT COURT JUDGE

STIPULATION AND ORDER OF
DISMISSL WITH PREJUDICE- 3
Case No. 2:23-cv-01121-BJR

LITTLER MENDELSON, P.C.
Attorneys at Law
600 University St.
Suite 3200
Seattle, WA 98101
206.623.3300

# CERTIFICATE OF SERVICE

I am a resident of the State of Washington, over the age of eighteen years, and not a party to the within action. My business address is One Union Square, 600 University Street, Ste. 3200, Seattle, WA 98101. I hereby certify that on October 10, 2024, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the Court and to the following:

> **Attorneys for Plaintiffs**
>
> Klaus O. Snyder, WSBA #16195
> SNYDER LAW FIRM LLC
> 15306 Main Street E., Suite B
> Sumner, WA 98390-2640
> Phone: (253) 863-2889
> Email: Klaus.Snyder@sumnerlawcenter.com

I declare under the penalty of perjury under the laws of the State of Washington and the United States that the above is true and correct.

Executed on October 10, 2024 at Seattle, Washington.

*/s/ Karen Fiumano Yun*
Karen Fiumano Yun
kfiumano@littler.com
**LITTLER MENDELSON, P.C.**

STIPULATION AND ORDER OF
DISMISSL WITH PREJUDICE- 4
Case No. 2:23-cv-01121-BJR

LITTLER MENDELSON, P.C.
Attorneys at Law
600 University St.
Suite 3200
Seattle, WA 98101
206.623.3300